IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK L. SHERMAN**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #096304**

v.　　　　　　　　　CASE NO. 4:23-CV-00500-BSM

**PERKINS,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

<u>**ORDER**</u>

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 8] is adopted. Sherman's complaint [Doc. No. 1] and amended complaint [Doc. No. 3] are dismissed without prejudice for (1) failure to pay the filing fee and prosecute; and (2) failure to fully exhaust his administrative remedies before filing this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED this 15th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE