IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK L. SHERMAN**                                            **PLAINTIFF**
**ADC #096304**

v.                **CASE NO. 4:23-CV-00500-BSM**

**PERKINS,** *et al.*                                           **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of August, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE